# United States Court of Appeals
## For the First Circuit

No. 26-1937

PATRICK DI SANTO,

Plaintiff - Appellant,

v.

MASSACHUSETTS DEPARTMENT OF TRANSPORTATION, Registry of Motor Vehicles; COLLEEN OGILVIE, in the official capacity as Registrar of Motor Vehicles,

Defendants - Appellees.

**JUDGMENT**

Entered: October 23, 2026
Pursuant to 1st Cir. R. 27.0(d)

By order entered August 27, 2026, appellant was directed to show cause in writing as to why this appeal should not be dismissed as untimely. Appellant was warned that failure to respond by September 10, 2026, would lead to dismissal for lack of diligent prosecution.

Appellant has failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Patrick Di Santo
Andrea J. Campbell